## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYRYLO SHCHERBAKOV**, Petitioner, | : : : |
| v. | :    Civil No. 2:26-cv-03272-JLS |
| | : |
| **JAMAL L. JAMISON, *et al.*,** Respondents. | : : |

## ORDER

**AND NOW**, this 8th day of June, 2026, **IT IS HEREBY ORDERED** that, upon consideration of Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 3),the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 7), and the Petitioner's Response (ECF No. 8), **IT IS HEREBY ORDERED** that the Amended Petition (ECF No. 3) is **GRANTED** as follows:

1. Kyrylo Shcherbakov is not subject to mandatory detention under 8 U.S.C. § 1226(c)(1)(E) or under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Kyrylo Shcherbakov from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **5:00 p.m. ET on June 9, 2026.**

3. If the Government chooses to pursue re-detention of Kyrylo Shcherbakov pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.;

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge